ORIGINAL

Peter F. Lindborg, Esq. (SBN 150192)
LINDBORG & DRILL LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Tel: 818/637-8325
Fax: 818/637-8376

Attorneys for Plaintiff,
Alan DeAtley

FILED

2008 JUN 18  A 10: 58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN DEATLEY,<br><br>Plaintiff<br><br>v.<br><br>GRANITE CONSTRUCTION, INC., a Washington corporation; GRANITE GROTTO VENTURES–PROJECT I, LLC, a California Limited Liability Company; and GRANITE NORTHWEST, INC., a business entity, form unknown<br><br>Defendants. | MISC. CASE NO. CV08-80122<br><br>Related to Case No. 06-cv-00278-JLQ (E.D. Wash.)<br><br>NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS<br><br>Date: July 22, 2008<br>Time: 10:00 a.m.<br>Ctrm: 5<br>Hon.: Magistrate Judge Trumbull |

**TO ALL INTERESTED PERSONS:**

Please take notice that on July 22, 2008 at 10:00 a.m. before United States Magistrate Judge Trumbull sitting in Courtroom 5 of the above-captioned Court located at 280 South First Street, San Jose, California 95113, or as soon thereafter as this matter may be heard, Plaintiff, Alan DeAtley ("DeAtley") will, and does hereby, move this Court, pursuant to Rule 45 of the Federal Rules of Civil Procedure, for an order compelling Defendants to fully comply with the terms of several subpoenas

MOTION TO COMPEL

served upon them in April and May 2008 in the City of Watsonville, County of Santa Cruz, California and further ordering Defendants to pay sanctions in the amount of no less than $25,000 to Plaintiff as compensation for the attorneys' fees and costs incurred by Plaintiff as a result of Defendants' non-compliance.

This motion is based upon this Notice, the annexed Memorandum of Points and Authorities, Declaration of Louis Puccini Jr., the complete files and records in this action and upon such oral and documentary evidence which may come before Court at the hearing of this motion.

Dated: 17 JUNE 08

LINDBORG & DRILL LLP

By: _____
Peter F. Lindborg, Esq.
Attorneys for Plaintiff,
Alan DeAtley