RECEIVED

2008 JUL 21 PM 3:53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Peter F. Lindborg, Esq. (SBN 150192)
LINDBORG & DRILL LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Tel: 818/637-8325
Fax: 818/637-8376

Attorneys for Plaintiff, Alan DeAtley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALAN DEATLEY,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE CONSTRUCTION, INC., a Washington corporation; GRANITE GROTTO VENTURES–PROJECT I, LLC, a California Limited Liability Company; and GRANITE NORTHWEST, INC., a business entity, form unknown<br><br>Defendants. | MISC. CASE NO. CV08-80122<br><br>Related to Case No. 06-cv-00278-JLQ (E.D. Wash.)<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS; [PROPOSED] ORDER<br><br>NEW DATE: August 12, 2008<br>OLD DATE: July 22, 2008<br>Time: 10:00 a.m.<br>Ctrm: 5<br>Hon.: Magistrate Judge Trumbull |

WHEREAS, a hearing on Plaintiff's Motion to Compel Compliance with Subpoenas is currently scheduled to be heard on July 22, 2008 before this Court;

WHEREAS, the parties are engaged in discussions regarding settlement of the subject matter of the motion and desire to continue the hearing on said motion in order to conclude those negotiations;

-1-

STIPULATION TO CONTINUE HEARING ON MOTION TO
COMPEL COMPLIANCE WITH SUBPOENAS

NOW, THEREFORE, ALL PARTIES HEREBY STIPULATE, subject to Court approval, to continue the hearing on Motion to Compel Compliance with Subpoenas in this case to August 12, 2008, or another time convenient to the Court.

Date July 21, 2008          GRANITE CONSTRUCTION INCORPORATED

                            By: _____
                            Person with authority to bind Granite Construction Incorporated

Date July 21, 2008          GRANITE GRADO VENTURES PROJECT I, LLC

                            By: _____
                            Person with authority to bind Granite Grado Ventures Project I, LLC

Date July 21, 2008          GRANITE NORTHWEST, INC.

                            By: _____
                            Person with authority to bind Granite Northwest, Inc.

Dated: July 21, 2008        LINDBORG & DRILL LLP

                            By: Scott Pender for Peter F. Lindborg
                            Peter F. Lindborg, Esq.
                            Attorneys for Plaintiff, ALAN DeATLEY

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Stipulated Application to continue the hearing date on Plaintiff's Motion to Compel Compliance With Subpoenas is granted as stipulated. Said hearing is re-set for August 12, 2008 at 10:00 a.m. in this Court.

IT IS SO ORDERED.

Date _____                    _____
                                        UNITED STATES MAGISTRATE JUDGE

-3-

STIPULATION TO CONTINUE HEARING ON MOTION TO
COMPEL COMPLIANCE WITH SUBPOENAS

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is LINDBORG & DRILL LLP, 550 North Brand Boulevard, Suite 1830, Glendale, California 91203.

On July 21, 2008, I served the foregoing: **STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS [PROPOSED] ORDER** on the interested parties in this action by placing a true copy there in a sealed envelope addressed as set forth in this action by serving:

**Granite Construction Inc. (AND AFFILIATES)**
585 W. Beach Street
Watsonville, CA 95076

**Andrew Campbell Smythe**
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

**Peter M. Vall / Robert M. Sulkin**
McNaul Ebel Nawrot & Helgren PLLC
500 University Street, Suite 2700
Seattle, WA 98101

**Richard B. Price**
Law Office of Richard B. Price
P.O. Box 1687
Omak, WA 98841

**Marc Rosenberg**
Lee-Smart P.S.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101

[X]   **(U.S. MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Glendale, California.

[ ]   **(VIA FACSIMILE):** I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s):

[ ]   **(BY OVERNIGHT MAIL)** Federal Express

[ ]   **(BY PERSONAL SERVICE)** I caused said envelope(s) to be delivered by hand to the office or residence of the addressee as shown above. Hand delivered by: _____

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service, or served by Facsimile, on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date on postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 21, 2008, at Glendale, California.

Patricia Andaluz

**PROOF OF SERVICE**