Peter F. Lindborg, Esq. (SBN 150192)
LINDBORG & DRILL LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Tel: 818/637-8325
Fax: 818/637-8376

Attorneys for Plaintiff, Alan DeAtley

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALAN DEATLEY,<br><br>   Plaintiff,<br><br>v.<br><br>GRANITE CONSTRUCTION, INC., a Washington corporation; GRANITE GROTTO VENTURES–PROJECT I, LLC, a California Limited Liability Company; and GRANITE NORTHWEST, INC., a business entity, form unknown<br><br>   Defendants. | MISC. CASE NO. CV08-80122<br><br>*Related to Case No. 06-cv-00278-JLQ   (E.D. Wash.)*<br><br>NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS<br><br>DATE: August 12, 2008<br>Time: 10:00 a.m.<br>Ctrm: 5<br>Hon.: Magistrate Judge Trumbull |

TO ALL INTERESTED PERSONS:

Plaintiff, Alan DeAtley ("DeAtley") hereby withdraws his Motion to Compel Compliance with Subpoenas without prejudice, previously scheduled for August 12, 2008 at 10:00 a.m.

Dated: 11 AUG 08               LINDBORG & DRILL LLP

                               By: _____
                               Peter F. Lindborg, Esq.
                               Attorneys for Plaintiff, ALAN DeATLEY

-1-

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS

# PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is LINDBORG & DRILL LLP, 550 North Brand Boulevard, Suite 1830, Glendale, California 91203.

On **August 11, 2008**, I served the foregoing: **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS** on the interested parties in this action by placing a true copy there in a sealed envelope addressed as set forth in this action by serving:

**Granite Construction Inc.** (AND AFFILIATES)
585 W. Beach Street
Watsonville, CA 95076

**Andrew Campbell Smythe**
Paine Hamblen Coffin Brooke & Miller
717 W. Sprague Avenue, Suite 1200
Spokane, WA 99201

**Peter M. Vail / Robert M. Sulkin**
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101

**Richard B. Price**
Law Office of Richard B. Price
P.O. Box 1687
Omak, WA 98841

**Marc Rosenberg**
Lee-Smart P.S.
1800 One Covention Place
701 Pike Street
Seattle, WA 98101

[X]  **(U.S. MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Glendale, California.

[]  **(VIA FACSIMILE):** I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s):

[]  **(BY OVERNIGHT MAIL)** Federal Express

[]  **(BY PERSONAL SERVICE)** I caused said envelope(s) to be delivered by hand to the office or residence of the addressee as shown above. Hand delivered by: _____

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service, or served by Facsimile, on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date on postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **August 11, 2008**, at Glendale, California.

_Patricia Andaluz_
Patricia Andaluz

**PROOF OF SERVICE**