FL-330

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Peter F. Lindborg, Esq. sbn 150192<br>Lindborg & Drill LLP<br>550 North Brand Blvd., Suite 1830<br>Glendale, CA 91203<br>TELEPHONE NO.: 818.637.8325    FAX NO.: 818.637.8376<br>ATTORNEY FOR (Name): Alan De Atley | **FILED**<br><br>AUG 0 1 2008<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

STREET ADDRESS: United States District Court, for Northern District
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME: San Jose Division

PETITIONER/PLAINTIFF: Alan DeAtley

RESPONDENT/DEFENDANT: Granite Grado Ventures-Project 1, LLC

OTHER PARENT:

**PROOF OF PERSONAL SERVICE**

CASE NUMBER: CV08-80122

1. I am at least 18 years old, not a party to this action, and not a protected person listed in any of the orders.
2. Person served (name): Granite Grado Ventures-Project 1, LLC, received by Scott Wolcott, agent for service
3. I served copies of the following documents (specify):

   Notice of Motion, Motion to Compel Compliance with Subpoena, ADR

4. By personally delivering copies to the person served, as follows:
   a. Date: 6/26/2008
   b. Time: 1:45 pm
   c. Address:
   8950 Cal Center Drive, Suite 201, Sacramento, CA 95826

5. I am
   a. [✓] not a registered California process server.
   b. [ ] a registered California process server.
   c. [ ] an employee or independent contractor of a registered California process server.
   d. [ ] exempt from registration under Bus. & Prof. Code section 22350(b).
   e. [ ] a California sheriff or marshal.

6. My name, address, and telephone number, and, if applicable, county of registration and number (specify):
   Debbie Christie c/o Sacramento Attorneys' Service, Inc.
   1005 12th Street, Ste., F
   Sacramento, CA 95814
   916 441-6565

7. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
8. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/26/08

Debbie Christie
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ *(signature)*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-330 [Rev. January 1, 2003]

**PROOF OF PERSONAL SERVICE**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com