| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY** (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): <br> Peter F. Lindborg, Esq. sbn 150192 <br> Lindborg & Drill LLP <br> 550 North Brand Blvd., Suite 1830 <br> Glendale, CA 91203 <br> TELEPHONE NO.: 818.637.8325    FAX NO.: 818.637.8376 <br> ATTORNEY FOR (Name): ALAN DeAtley | **FL-330** <br> FOR COURT USE ONLY <br><br> **FILED** <br><br> AUG 0 1 2008 <br><br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
| STREET ADDRESS: United States District Court, for Northern District <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: San Jose Division | |
| PETITIONER/PLAINTIFF: Alan DeAtley <br><br> RESPONDENT/DEFENDANT: Granite Construction, Inc. <br><br> OTHER PARENT: | |
| **PROOF OF PERSONAL SERVICE** | CASE NUMBER: <br> CV08-80122 RMW |

1. I am at least 18 years old, not a party to this action, and not a protected person listed in any of the orders.
2. Person served (name): Granite Construction, Inc., received by Corporation Service Company agent for services
3. I served copies of the following documents (specify):

   Notice of Motion, Motion to Compel Compliance with Subpoena, ADR

4. By personally delivering copies to the person served, as follows:
   a. Date: 6/26/2008
   b. Time: 1:15 pm
   c. Address:
      2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833

5. I am
   a. ☑ not a registered California process server.
   b. ☐ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Bus. & Prof. Code section 22350(b).
   e. ☐ a California sheriff or marshal.

6. My name, address, and telephone number, and, if applicable, county of registration and number (specify):
   Debbie Christie c/o Sacramento Attorneys' Service, Inc.
   1005 12th Street, Ste., F
   Sacramento, CA 95814
   916 441-6565

7. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
8. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6/26/08

Debbie Christie
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ *Debbie Christie*
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use <br>
Judicial Council of California <br>
FL-330 [Rev. January 1, 2003] <br>
**PROOF OF PERSONAL SERVICE** <br>
Page 1 of 2 <br>
Code of Civil Procedure, § 1011 <br>
www.courtinfo.ca.gov <br>
American LegalNet, Inc. <br>
www.USCourtForms.com